ERIC GRANT
United States Attorney
JOSHUA B. BANISTER
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:26-po-00049-SAB |
| Plaintiff, | [Citation #E1463435 CA/74] |
| v. | MOTION AND ORDER FOR DISMISSAL AND VACATUR OF TRIAL DATE |
| ALAN J. RYAN, | Trial Date:    May 22, 2026, at 9:30 a.m. |
| Defendant. | Courtroom 9:  Hon. Stanley A. Boone |

The United States of America, by and through Eric Grant, United States Attorney, and Joshua B. Banister, Assistant United States Attorney, hereby moves to dismiss Case No. 1:26-po-00049-SAB [Citation #E1463435 CA/74] against ALAN J. RYAN, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.  The United States further and respectfully requests that trial in this matter currently set for May 22, 2026, at 9:30 a.m., be vacated in the interest of justice.

DATED: April 23, 2026,                                        Respectfully submitted,

                                                                            ERIC GRANT
                                                                            United States Attorney

                                        By:    /s/ Joshua B. Banister
                                                                            JOSHUA B. BANISTER
                                                                            Assistant United States Attorney

1

**O R D E R**

IT IS HEREBY ORDERED that Case No. 1:26-po-00049-SAB [Citation #E1463435 CA/74] against ALAN J. RYAN is dismissed, without prejudice, and the trial set for May 22, 2026, is vacated, in the interest of justice.

IT IS SO ORDERED.

Dated:    **April 23, 2026**

_____
STANLEY A. BOONE
United States Magistrate Judge

U.S. v. Ryan
Case No. 1:26-po-00049-SAB